# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| MYRAH WILLIAMS, ) | |
| ) | C/A No.: 4:11-cv-1454-JFA-TER |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the court is a "Motion for Substitution of Party Due to Death of Plaintiff" pursuant to Rule 25a of the Federal Rules of Civil Procedure. (Doc. #23). The motion was made by Bernard Williams, Sr., Plaintiff's surviving widower. Counsel for the Defendant consented to said motion. An affidavit by counsel for Plaintiff, Richard J. Paul, was submitted along with the motion asserting that he was informed of the death of the Plaintiff on November 11, 2011, and attached a copy of the Certificate of Death dated November 13, 2011. Counsel attests that Bernard Williams, Sr., is the surviving spouse of the Plaintiff and has executed a "Notice Regarding Substitution of Party Upon Death of Claimant" (SSA Form HA-539) dated January 5, 2012. (Doc. #23-1). This motion is granted with the consent of the Defendant. Therefore, it is ORDERED that Bernard Williams, Sr., be substituted as Plaintiff in the within action.

AND IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

July 5, 2012
Florence, South Carolina